## Odam v. State.

APPEAL from County Court of Conecuh.
Tried before the Hon. F. J. DEAN.

J. F. JONES, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant Charles Odam filed his petition for *habeas corpus*, addressed to the judge of the county court, asking for his release from imprisonment by virtue of a *mittimus* issued by the justice of the peace after a preliminary trial of the petitioner on a charge of an assault with intent to murder. The judge declined to discharge the petitioner, and from this judgment the petitioner appeals. It is shown by the bill of exceptions on this appeal, that on the hearing of the petition, the evidence offered by the petitioner had no reference to the charge of assault with intent to murder, but was introduced for the purpose of showing that the petitioner did not kill another and different person five days later. The State relied upon the commitment as showing a *prima facie* case against the discharge of the petitioner for the alleged offense of an assault with intent to murder. To overcome this, the prisoner introduced the evidence which has been referred to above, and which the court holds was totally irrelevant to the offense with which he was charged. It is held by this court that the judge properly refused to discharge the petitioner on the evidence introduced by him.

The judgment is affirmed.

Opinion by HARALSON, J.